HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*ORDER E-FILED 1/3/08*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA K. MACAPAGAL, ) | Civil No. C07-03706 HRL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, January 28, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (16) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1
2      SCOTT N. SCHOOLS
3      United States Attorney
4
5
6   Dated: December 19, 2007          /s/
7                                      JACQUELINE A. FORSLUND
                                       Special Assistant U.S. Attorney
8
9
10
11  Dated: December 19, 2007          /s/
12                                     HARVEY P. SACKETT
                                       Attorney for Plaintiff
13                                     MYRNA K. MACAPAGAL
14
15  IT IS SO ORDERED.
16
17
18  Dated:   January 2, 2008
                                       HON. HOWARD R. LLOYD
19                                     United States Magistrate Judge
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER